# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

Victor D. Matias torres
_(full name)_

(Register No). 19810908

Plaintiff(s).

Case No. 18-00982-CV-W-NKL

v.

#147 officer Sanders
# 117 officer Moore

_(Full name)_
Laffayette County Jail

Defendant(s).

Defendants are sued in their (check one):
____ Individual Capacity
____ Official Capacity
_X_ Both

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): Laffayette County 107 S. 11 st jail, Lexington MO 64067

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Victor D. Matias Torres Register No. 19810908
   Address Laffayete county jail 107 S. 11 st Lexington, MO 64067

B. Defendant #147 OFFICER SANDERS AND #117 OFFICER MOORE.
   Is employed as CORRECTIONAL OFFICERS AT LAFAYETTE COUNTY JAIL.

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

III.    Do your claims involve medical treatment?          Yes_____    No _X_

IV.    Do you request a jury trial?                        Yes _X_    No_____

V.    Do you request money damages?                       Yes _X_    No_____

State the amount claimed?                                  $~~250,000~~/~~1,000,000~~(actual/punitive)

VI.    Are the wrongs alleged in your complaint continuing to occur?  Yes_X_ No___

VII.    Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
                                                           Yes _X_    No_____

B. Have the claims in this case been presented through an administrative or grievance
procedure within the institution?                          Yes _X_    No_____

C. If a grievance was filed, state the date your claims were presented, how they were
presented, and the result of that procedure. (Attach a copy of the final result.)

_____
_____
_____
_____

D. If you have not filed a grievance, state the reasons.
_NA_
_____
_____
_____

VIII.    Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved
in this case?                                              Yes _____    No _X_

B. Have you begun other cases in state or federal courts relating to the conditions of or
treatment while incarcerated?                              Yes _____    No _X_

C. If your answer is "Yes," to either of the above questions, provide the following
information for each case.

(1) Style: _____N/A_____
                (Plaintiff)                    (Defendant)
(2) Date filed:_____

2

(3) Court where filed: _N/A_

(4) Case Number and citation: _N/A_

(5) Basic claim made: _N/A_

(6) Date of disposition: _N/A_

(7) Disposition: _N/A_

(Pending) (on appeal) (resolved)

(8) If resolved, state whether for: _N/A_

(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX.     Statement of claim:

A.      State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

OFFICER SANDERS ON 11/15/2018 REJECTED MAIL THAT WAS ADDRESSED TO ME BECAUSE IT WASNT IN ENGLISH. OFFICER MOORE GAVE ME AN ORAL REJECTION ABOUT A LEGAL REFERENCE BOOK BECAUSE IT WAS A "HARD" COVER BOOK. IT IS A "SOFT" COVER OR PAPER BACK.

B.      State briefly your legal theory or cite appropriate authority:

THE REJECTION LETTER BASED ON LANGUAGE DENIES ME THE ABILITY TO HAVE CORRESPONDANCE WITH MEMBERS OF MY FAMILY THAT ONLY SPEAK SPANISH. THE ORAL REJECTION IS DENYING ME THE RIGHT TO DO LEGAL RESEARCH TO PROPERLY DEFEND MYSELF IN COURT.

3

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

COMPENSATION for denying access to my family via Mail. ALSO A REVIEW INTO POLICY AND PROCEDURE AT THE JAIL.

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. LANE WILLIAM WRIGHT

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?      Yes____ No X

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.
N/A

C. Have you previously had a lawyer representing you in a civil action in this court?
Yes_____ No X

If your answer is "Yes," state the name and address of the lawyer.
N/A

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this _____14_____ day of _____Feb._____ 2019

_____
Signature(s) of Plaintiff(s)

_____

_____

4

Victor D. Matias-Torres
107 S. 11th St
Lexington, MO 64067

RECEIVED

2019 FEB 25 PM 1:38

CLERK U.S. DIST. COURT
WEST. DIST. OF MO.
KANSAS CITY, MO.

54108399997 0015

Mailed From
Lafayette County Jail

KANSAS CITY 640

21 FEB 2019 PM 11

SCREENED BY

Clerk's Office's
united states District Court
western District of Missouri
Kansas City, Missouri 64106

BATTLE of NEW ORLEANS
USA
FOREVER